**Edward S. POLLACK, Plaintiff–Appellant,**

**v.**

**FEDERAL BUREAU OF INVESTIGATION, a government agency, Defendant–Appellee.**

No. 02–2015.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Edward S. Pollack, Appellant Pro Se.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Pollack appeals the district court's order accepting the magistrate judge's recommendation dismissing without prejudice his civil action against the Federal Bureau of Investigation. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pollack v. FBI*, No. CA–02–2195–2–23 (D.S.C. Aug. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*